**Opinion issued December 20, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00681-CV

———————————

## IN RE J.L.W. AND M.A., Relators

———————————

## Original Proceeding on Petition for Writ of Mandamus

———————————

### MEMORANDUM OPINION

Relators, J.L.W. and M.A., have filed a joint petition for a writ of mandamus challenging the trial court's appointment of real party in interest, the Department of Family and Protective Services, as temporary managing conservator of their minor child.[1]

---

[1] The underlying proceeding is *In the Interest of D.A., a Child*, Cause No. 2015-07110J, in the 315th District Court of Harris County, the Honorable Michael Schneider presiding.

We deny the petition.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Lloyd.